**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 1**

**Muzak LLC d/b/a Mood Media**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**S U M M O N S**

**Court No. 26-02337**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | See attached schedule | Center (if known): | CEE007 |
| Protest Number: | See attached schedule | Date Protest Filed: | See attached schedule |
| Importer: | Muzak LLC d/b/a Mood Media | Date Protest Denied: | See attached schedule |
| Category of Merchandise: | Display Panels | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | attached | schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Gregory Husisian
FOLEY & LARDNER LLP
3000 K Street, NW, Suite 600
Washington, D.C. 20007-5101
(202) 945-6149; ghusisian@foley.com

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

**Appraised Value of Merchandise**

| | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

**Classification, Rate or Amount**

| | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Display Panels | 8528.59.3370 & Section 301 9903.88.15 | 5% & 7.5% | 8528.52.0000 & No Section 301 HTS | 0% & N/A |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Classification and rate of duty

The issue which was common to all such denied protests:
Classification and rate of duty

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Gregory Husisian

*Signature of Plaintiff's Attorney*

March 18, 2026

*Date*

CEE007
Center (if known)

## SCHEDULE OF PROTESTS

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| See attached schedule | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

**Protest filed to amend HTS from 8528.59.3370 to 8528.52.0000**

**Lead Entry & Protest Number**

| Lead Protest Entry | Port Code | Entry Date | Liquidation Date | Date Protest Filed | Protest # | Protest Decision | Protest Decision Date |
|---|---|---|---|---|---|---|---|
| M3410308506 | 3307 | 12/11/2023 | 11/22/2024 | 5/21/2025 | 330725100933 | Denied | 10/21/2025 |

**Schedule of Protests**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410295752 | 04/25/2023 | 03/21/2025 | 1512 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410296552 | 05/09/2023 | 03/21/2025 | 2720 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410297055 | 05/17/2023 | 03/21/2025 | 1704 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410297071 | 05/17/2023 | 03/21/2025 | 1704 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410297121 | 05/18/2023 | 03/21/2025 | 1704 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410297139 | 05/18/2023 | 03/21/2025 | 1704 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410297162 | 05/23/2023 | 03/21/2025 | 1704 |
| 151225100976 | 7/29/2025 | 10/21/2025 | M3410297253 | 05/23/2023 | 03/21/2025 | 1704 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3410302020 | 08/07/2023 | 05/02/2025 | 2605 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3410302269 | 08/09/2023 | 05/02/2025 | 1512 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3410302608 | 08/15/2023 | 05/02/2025 | 2720 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3410308639 | 12/13/2023 | 05/02/2025 | 3307 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3410309579 | 01/04/2024 | 05/02/2025 | 4701 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3410313316 | 03/01/2024 | 05/02/2025 | 3307 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3467168266 | 09/18/2023 | 05/02/2025 | 5501 |
| 260525100370 | 10/1/2025 | Suspended 10/1/2025 | M3467171724 | 10/10/2023 | 05/02/2025 | 3512 |
| 170425107140 | 12/23/2025 | 2/10/2026 | M3410321004 | 07/01/2024 | 06/27/2025 | 1704 |
| 260525100370 | 10/1/2025 | Suspended 10/10/2025 | M3410321723 | 07/16/2024 | 07/11/2025 | 4103 |
| 260525100370 | 10/1/2025 | Suspended 10/10/2025 | M3410322978 | 08/12/2024 | 08/08/2025 | 1512 |
| 272026106227 | 3/11/2026 | | M3410324644 | 09/16/2024 | 09/12/2025 | 2720 |
| | | | M3410325310 | 10/01/2024 | 09/26/2025 | 4701 |
| | | | M3410325898 | 10/15/2024 | 10/10/2025 | 4701 |
| | | | M3410326789 | 10/29/2024 | 10/17/2025 | 3901 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| | | | M3410329064 | 12/16/2024 | 10/17/2025 | 4701 |
| | | | M3410302251 | 08/09/2023 | 10/24/2025 | 1512 |
| | | | M3410308217 | 12/04/2023 | 10/24/2025 | 2904 |
| | | | M3410326706 | 10/28/2024 | 10/24/2025 | 5501 |
| | | | M3467185856 | 01/08/2024 | 10/24/2025 | 3307 |
| | | | M3410304026 | 09/06/2023 | 10/31/2025 | 3807 |
| | | | M3410304067 | 09/07/2023 | 10/31/2025 | 4501 |
| | | | M3410304331 | 09/13/2023 | 10/31/2025 | 4701 |
| | | | M3410304414 | 09/15/2023 | 10/31/2025 | 3513 |
| | | | M3410304422 | 09/15/2023 | 10/31/2025 | 3512 |
| | | | M3410304661 | 09/25/2023 | 10/31/2025 | 5201 |
| | | | M3410304844 | 09/27/2023 | 10/31/2025 | 1512 |
| | | | M3410305106 | 10/03/2023 | 10/31/2025 | 3513 |
| | | | M3410305197 | 10/09/2023 | 10/31/2025 | 3512 |
| | | | M3410305643 | 10/11/2023 | 10/31/2025 | 5501 |
| | | | M3410305650 | 10/11/2023 | 10/31/2025 | 5501 |
| | | | M3410306088 | 10/19/2023 | 10/31/2025 | 1704 |
| | | | M3410306633 | 10/27/2023 | 10/31/2025 | 3307 |
| | | | M3410306658 | 10/29/2023 | 10/31/2025 | 4701 |
| | | | M3410327316 | 11/08/2024 | 10/31/2025 | 4501 |
| | | | M3410328918 | 12/12/2024 | 10/31/2025 | 5309 |
| | | | M3435072475 | 09/13/2023 | 10/31/2025 | 4701 |
| | | | M3467165718 | 09/05/2023 | 10/31/2025 | 3307 |
| | | | M3467166641 | 09/08/2023 | 10/31/2025 | 3307 |
| | | | M3467168225 | 09/16/2023 | 10/31/2025 | 5309 |
| | | | M3467170742 | 10/02/2023 | 10/31/2025 | 1401 |
| | | | M3467174488 | 10/23/2023 | 10/31/2025 | 2720 |
| | | | D9914677421 | 11/24/2025 | 12/10/2025 | 3901 |
| | | | M3410330344 | 01/16/2025 | 12/19/2025 | 3501 |
| | | | M3410330518 | 01/21/2025 | 12/19/2025 | 1512 |
| | | | M3410330526 | 01/21/2025 | 12/19/2025 | 3901 |
| | | | M3410330716 | 01/24/2025 | 12/26/2025 | 2605 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| | | | M3410332548 | 03/05/2025 | 01/30/2026 | 1512 |
| | | | M3410334072 | 03/31/2025 | 02/20/2026 | 4701 |
| | | | M3410334296 | 04/03/2025 | 02/27/2026 | 5206 |
| | | | M3410334742 | 04/14/2025 | 03/06/2026 | 1803 |
| | | | M3410335210 | 05/05/2025 | 03/27/2026 | 1808 |
| | | | M3410336333 | 05/28/2025 | 04/24/2026 | 4701 |
| | | | M3410337216 | 6/19/2025 | 5/15/2026 | 3807 |
| | | | M3410337224 | 6/27/2025 | 5/22/2026 | 1808 |
| | | | M3410337422 | 6/25/2025 | 5/22/2026 | 2720 |
| | | | M3410337687 | 7/3/2025 | 5/29/2026 | 1512 |
| | | | M3410337737 | 7/7/2025 | 5/29/2026 | 5401 |
| | | | M3410337786 | 7/8/2025 | 6/5/2026 | 5401 |
| | | | M3410337794 | 7/8/2025 | 6/5/2026 | 2501 |
| | | | M3410337877 | 7/8/2025 | 6/5/2026 | 2720 |
| | | | M3410338214 | 7/21/2025 | 6/12/2026 | 1512 |
| | | | D9914666309 | 8/4/2025 | 6/26/2026 | 1704 |
| | | | D9914666325 | 8/4/2025 | 6/26/2026 | 1704 |
| | | | D9914666341 | 8/4/2025 | 6/26/2026 | 1704 |
| | | | D9914666366 | 8/4/2025 | 6/26/2026 | 1704 |
| | | | D9914666374 | 8/4/2025 | 6/26/2026 | 1704 |
| | | | D9914667745 | 8/18/2025 | 7/10/2026 | 1704 |
| | | | D9914667802 | 8/19/2025 | 7/17/2026 | 1704 |
| | | | D9914667901 | 8/20/2025 | 7/17/2026 | 3901 |
| | | | M3410338727 | 8/24/2025 | 7/17/2026 | 5501 |
| | | | M3410338867 | 8/21/2025 | 7/17/2026 | 5501 |
| | | | D9914669329 | 9/3/2025 | 7/31/2026 | 3901 |
| | | | D9914669527 | 9/4/2025 | 7/31/2026 | 3901 |
| | | | D9914669568 | 9/4/2025 | 7/31/2026 | 4701 |
| | | | D9914670798 | 9/18/2025 | 8/14/2026 | 1704 |
| | | | D9914670798 | 09/18/2025 | 08/14/2026 | 5501 |
| | | | D9914670798 | 09/18/2025 | 08/14/2026 | 1704 |
| | | | D9914673933 | 10/20/2025 | 9/11/2026 | 1704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| | | | D9914673933 | 10/20/2025 | 09/11/2026 | 1704 |
| | | | D9914679054 | 12/09/2025 | 11/06/2026 | 1704 |
| | | | D9914679492 | 12/13/2025 | 11/06/2026 | 5501 |
| | | | D9914679583 | 12/15/2025 | 11/13/2026 | 5501 |
| | | | D9914682314 | 01/12/2026 | 12/11/2026 | 3901 |
| | | | D9914685721 | 02/09/2026 | | 3901 |
| | | | M3410297063 | 05/22/2023 | | 1704 |
| | | | M3410297147 | 05/18/2023 | | 1704 |
| | | | M3410298756 | 06/15/2023 | | 1512 |
| | | | M3410298897 | 06/19/2023 | | 1512 |
| | | | M3410301758 | 08/02/2023 | | 1512 |
| | | | M3410302038 | 08/07/2023 | | 3307 |
| | | | M3410302046 | 08/09/2023 | | 3303 |
| | | | M3410302202 | 08/10/2023 | | 4501 |
| | | | M3410302418 | 08/10/2023 | | 3501 |
| | | | M3410302525 | 08/14/2023 | | 1512 |
| | | | M3410302533 | 08/14/2023 | | 2720 |
| | | | M3410302624 | 08/15/2023 | | 1512 |
| | | | M3410303275 | 08/24/2023 | | 3512 |
| | | | M3410303309 | 08/24/2023 | | 3307 |
| | | | M3410307045 | 11/07/2023 | | 1512 |
| | | | M3410307185 | 11/08/2023 | | 1503 |
| | | | M3410307516 | 11/16/2023 | | 4701 |
| | | | M3410309868 | 01/09/2024 | | 5309 |
| | | | M3410310551 | 01/30/2024 | | 2833 |
| | | | M3410311252 | 02/07/2024 | | 3901 |
| | | | M3410311575 | 02/08/2024 | | 3901 |
| | | | M3410311633 | 02/08/2024 | | 3901 |
| | | | M3410311666 | 02/09/2024 | | 5206 |
| | | | M3410312060 | 02/14/2024 | | 3307 |
| | | | M3410312631 | 02/22/2024 | | 4701 |
| | | | M3410312896 | 02/26/2024 | | 5501 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
|  |  |  | M3410312904 | 02/26/2024 |  | 3901 |
|  |  |  | M3410312987 | 02/27/2024 |  | 3901 |
|  |  |  | M3410313217 | 02/29/2024 |  | 2704 |
|  |  |  | M3410313753 | 03/08/2024 |  | 3307 |
|  |  |  | M3410321814 | 07/17/2024 |  | 4701 |
|  |  |  | M3410321863 | 07/18/2024 |  | 3307 |
|  |  |  | M3410321996 | 07/22/2024 |  | 4701 |
|  |  |  | M3410322150 | 07/25/2024 |  | 3307 |
|  |  |  | M3410322630 | 08/05/2024 |  | 5501 |
|  |  |  | M3410323174 | 08/15/2024 |  | 4701 |
|  |  |  | M3410323265 | 08/19/2024 |  | 4701 |
|  |  |  | M3410323455 | 08/21/2024 |  | 1512 |
|  |  |  | M3410323695 | 08/31/2024 |  | 1512 |
|  |  |  | M3410324651 | 09/16/2024 |  | 2720 |
|  |  |  | M3410326300 | 10/21/2024 |  | 5501 |
|  |  |  | M3410327720 | 11/18/2024 |  | 4103 |
|  |  |  | M3410328033 | 11/25/2024 |  | 4101 |
|  |  |  | M3410328595 | 12/09/2024 |  | 4701 |
|  |  |  | M3410328769 | 12/09/2024 |  | 4701 |
|  |  |  | M3410329593 | 12/30/2024 |  | 4701 |
|  |  |  | M3410330070 | 01/13/2025 |  | 5309 |
|  |  |  | M3467177697 | 11/14/2023 |  | 5501 |
|  |  |  | M3467178232 | 11/14/2023 |  | 4701 |
|  |  |  | M3467180139 | 11/28/2023 |  | 5206 |